IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE STEPHENS COMPANY | § | CASE NO. 06-30674-H5-11 |
| | § | |
| Debtor | § | |

## MOTION TO SUBSTITUTE LEAD COUNSEL

The Stephens Company, Debtor in the above referenced matter, files this motion to substitute Randall A. Rios as lead counsel for the firm Munsch Hardt Kopf & Harr, PC ("Munsch Hardt") in place of Thomas S. Henderson.

1. Effective May 31, 2006, Thomas S. Henderson, who was previously designated as lead counsel for the representation provided to the Debtor by Munsch Hardt, left the firm.

2. With the concurrence of the Debtor, Munsch Hardt wishes to substitute Randall A. Rios for Mr. Henderson as lead counsel[1] in its representation of the Debtor this case.

3. Accordingly, The Stephens Company, Debtor in the above referenced matter, requests that Randall A. Rios be substituted as lead counsel for the firm Munsch Hardt Kopf & Harr, PC in this matter and that Thomas S. Henderson be removed as lead attorney for Munsch Hardt's representation of the Debtor in this case.

Dated: June 9, 2006

Respectfully submitted,

MUNSCH HARDT KOPF & HARR, P.C.

By: _____
Randall A. Rios (TBA No. 16935865)
Lynn Chuang Kramer (TBA No. 24036930)
700 Louisiana, Suite 4600
Houston, TX 77002
(713) 222-1470
(713) 222-1475 (facsimile)

---

[1] Contemporaneously herewith, an application is being filed to approve the retention of Mr. Henderson as co-bankruptcy counsel with Munsch Hardt in this case.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served by electronic filing or by United States first class mail, postage prepaid, on June 9, 2006, to the parties listed on the attached service list.

Lynn Chuang Kramer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| THE STEPHENS COMPANY, | § § | CASE NO. 06-30674-H5-11 (CHAPTER 11) |
| Debtor. | § | |

## SERVICE LIST

**Debtor**

The Stephens Company
6415 Allegheny Street
Houston, TX 77021

**U.S. Trustee**

Office of the U.S. Trustee
ATTN: Hector Duran
515 Rusk Avenue, Suite 3516
Houston, TX 77002-2732

**20 Largest Creditors**

Beaulieu Carpets
PO Box 120896
Dallas, Texas 75312-8960

Barnie Bigbie
PO Box 465
New London, Texas 75682

Burke Mercer
PO Box 39000
San Francisco, California 94139-3381

Ceramica Lanzi
10123 Umberland Place
Boca Raton, Florida 33428

EPC America, Inc.
3356 NW 78th Avenue
Miami, Florida 33122

Harris County Personal Property
ATTN: Paul Bettencourt
Tax Assessor Collector
PO Box 4622
Houston, TX 77210-4622

HISD
Houston ISD Tax Office
PO Box 4593
Houston, TX 77210

Billy M. Kavanaugh
1404 Meadow Vista Drive
Cedar Hill, Texas 75104

Kronotex Germany
c/o Kronotex USA, Inc.
810 Technology Drive
Barnwell, South Carolina 29812

Kronotex Germany
810 Technology Drive
Barnwell, South Carolina 29812

Marko Transportation
PO Box 35866
Houston, TX 77235

MP Global Products, LLC
PO Box 2283
Norfolk, NE 68702-2283

Para-Chem, Inc.
PO Box 585
Columbia, SC 29202

Penske
NO GOOD ADDRESS

Petula Associates, Inc.
c/o Holt Lunsford Commercial
5055 Keller Springs Road, Suite 300
Addison, Texas 75001

HOUSTON 1007647_1  8728.2

*Plaza Ceramicas
801 Brickell Avenue, Suite 2320
Miami, FL 33131

Sadler, III, Ray C.
6300 Red Fox
San Antonio, TX 78247

Tarkett, Inc.
1001 Yamaska E.
Farnham PQ J2NIJ7
Canada

Texas Cement Products
PO Box 920726
Houston, TX 77292-7260

Time Warner Telecom
Attn: Linda Boyle
10475 Park Meadow Drive
Littleton, CO 80124

**Parties Requesting Notice**

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, Texas 75201

David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson, LLP
Travis Building
711 Navarro, Suite 300
San Antonio, Texas 78205

Raymond L. Gregory
Eggleston & Briscoe
4800 Three Allen Center
333 Clay Street
Houston, Texas 77002

Forrest "Butch" Freeman
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, Oklahoma 73102

Vicky Namken
IBM Corporation
13800 Diplomat
Dallas, Texas 75234

Linda Boyle
Time Warner Telecom, Inc.
10475 Park Meadows Drive, #400
Littleton, Colorado 80124