

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/15/2008

| IN RE: | § | |
|---|---|---|
| | § | |
| THE STEPHENS COMPANY | § | CASE NO. 06-30674-H5-11 |
| | § | (Chapter 11) |
| Debtor | § | |

### FINAL DECREE CLOSING CASE

At Houston, Texas, came on for consideration the Application for Order Closing Case and Authorizing Abandonment of Records, filed by William G. West, the Distribution Trustee of the Stephens Distribution Trust; and based on the representations made in the Application, the Court finds that the Estate of The Stephens Company has been fully administered; it is therefore

ORDERED that this chapter 11 case is CLOSED; and it is further

ORDERED that William G. West, Trustee, is hereby authorized, upon notice to the prior management of the Debtor, to abandon and/or destroy the records of The Stephens Company in his possession in the manner deemed most appropriate.

DATED: __DEC 1 5 2008__

_____
UNITED STATES BANKRUPTCY JUDGE