UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | § | |
|---|---|---|
| THE STEPHENS COMPANY | § | CASE NO. 06-30674-H5-11 |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |

**PLAN TRUSTEE'S FINAL QUARTERLY REPORT**

Comes now, William G. West, Plan Trustee, and files this quarterly report for December, 2008. This case was closed and a final decree issued on December 15,2008.

DATED: January 22nd, 2009

*__/s/ William G. West, Plan Trustee__*

William G. West, Plan Trustee
12345 Jones Rd., Suite 120
Houston, Texas 77070
Telephone: (281) 807-7811
Facsimile: (281) 807-7822

**CASE NAME:** THE STEPHENS DISTRIBUTION TRUST

**UNITED STATES BANKRUPTCY COURT**

**CASE NUMBER:** 06-30674-H5-11

Southern **DISTRICT OF TEXAS**

**PROPOSED PLAN DATE:** *Approved August 29, 2006*

Houston **DIVISION**

*FINAL REPORT - CASE CLOSED - FINAL DECREE ISSUED DECEMBER 15, 2008*

# PLAN TRUSTEE'S QUARTERLY REPORT SUMMARY - CASH BASIS - DECEMBER 31, 2008

| QUARTER ENDING | March 2008 | June 2008 | Sept 2008 | Dec 2008 | March 2009 | June 2009 |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 225,000 | 0 | 80,000 | 30,000 | 0 | 0 |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 41,091 | (6,066) | 38,766 | 10,560 | 0 | 0 |
| NET INCOME (LOSS) (MOR-6) | 41,474 | (10,835) | 38,532 | 8,976 | 0 | 0 |
| PAYMENTS TO INSIDERS (MOR-9) | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 183,909 | 6,066 | 41,228 | 17,772 | 0 | 0 |
| TOTAL DISBURSEMENTS (MOR-8) | 486,781 | 34,355 | 223,410 | 19,623 | 0 | 0 |

**REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE**

| | | | EXP. DATE |
|---|---|---|---|
| CASUALTY | YES ( ) | NO ( x ) | N/A - - |
| LIABILITY | YES ( ) | NO ( x ) | N/A - - |
| VEHICLE | YES ( ) | NO ( x ) | N/A - - |
| WORKER'S | YES ( ) | NO ( x ) | N/A - - |
| OTHER | YES ( ) | NO ( x ) | N/A - - |

*Are all accounts receivable being collected within terms?* No

*Are all post-petition liabilities, including taxes, being paid within terms?* Yes

*Have any pre-petition liabilities been paid?* No *If so, describe*

*Are all funds received being deposited into Trustee bank account?* Yes

*Were any assets disposed of outside the normal course of business?* No

*If so, describe*

*Are all U. S. Trustee Quarterly Fee Payments current?* Yes

*What is the status of your Plan of Reorganization?* Approved, August 2006

| | |
|---|---|
| ATTORNEY NAME: | Thomas S. Henderson |
| ADDRESS: | Attorney at Law |
| ADDRESS: | 711 Louisiana, Suite 3100 |
| CITY, STATE, ZIP: | Houston, Texas 77002 |
| TELEPHONE: | 713-227-9500 |

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct based on information made available to me by the debtor.*

**SIGNED** *William G. West/ECF* **TITLE:** **PLAN TRUSTEE**

WILLIAM G. WEST

***CASE NAME:*** THE STEPHENS DISTRIBUTION TRUST

***CASE NUMBER:*** 06-30674-H5-11

## *COMPARATIVE BALANCE SHEETS*

| *ASSETS* | *PETITION DATE** | *MONTH March 2008* | *MONTH June 2008* | *MONTH Sept 2008* | *MONTH Dec 2008* | *MONTH March 2009* | *MONTH June 2009* |
|---|---|---|---|---|---|---|---|
| *CURRENT ASSETS* | | | | | | | |
| *Cash* | 235,492 | 301,292 | 271,652 | 149,927 | 162,874 | 0 | 0 |
| *Accounts Receivable, Net* | 430,000 | 109,742 | 105,133 | 93,338 | 90,046 | 0 | 0 |
| *Inventory: Lower of Cost or Market* | 0 | | 0 | 0 | 0 | 0 | 0 |
| *Prepaid Expenses* | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Investments* | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Other* | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *TOTAL CURRENT ASSETS* | 665,492 | 411,034 | 376,785 | 243,265 | 252,920 | 0 | 0 |
| *PROPERTY, PLANT&EQUIP, @ COST* | 1,507,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Less Accumulated Depreciation* | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *NET BOOK VALUE OF PP & E* | 1,507,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| *OTHER ASSETS:* | | | | | | | |
| *1. Promissory Note* | 40,000 | 5,454 | 5,454 | 5,454 | 5,454 | 0 | 0 |
| *2. Insurance Claim* | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 0 | 0 |
| *3. Attorney Retainer* | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *4.* | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *TOTAL ASSETS* | 2,224,492 | 428,488 | 394,239 | 260,719 | 270,374 | 0 | 0 |

**CASE NAME:** THE STEPHENS DISTRIBUTION TRUST

**CASE NUMBER:** 06-30674-H5-1

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | PETITION DATE* | MONTH March 2008 | MONTH June 2008 | MONTH Sept 2008 | MONTH Dec 2008 | MONTH March 2009 | MONTH June 2009 |
|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | | 0 | 0 | 0 | 0 | 0 | 0 |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes Payable-Secured | 137,150 | 0 | 0 | 0 | 0 | 0 | 0 |
| Priority Debt | 215,174 | 0 | 0 | 0 | 0 | 0 | 0 |
| Federal Income Tax (if Secured By Lien - See Above) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lien found not on Debtors schedules | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unsecured Debt | 2,732,737 | 1,767,609 | 1,744,195 | 1,572,143 | 1,572,822 | 0 | 0 |
| Other - Ad valorem & sales taxes for 2004 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL PRE-PETITION LIABILITIES | 3,085,061 | 1,767,609 | 1,744,195 | 1,572,143 | 1,572,822 | 0 | 0 |
| TOTAL LIABILITIES | 3,085,061 | 1,767,609 | 1,744,195 | 1,572,143 | 1,572,822 | 0 | 0 |
| | | | | | | | |
| OWNER'S EQUITY (DEFICIT): | | | | | | | |
| | 0<br>0 | 0<br>0 | 0 | 0 | 0 | 0 | 0 |
| ADDITIONAL PAID-IN CAPITAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| RETAINED EARNINGS: Filing Date | (860,569) | (860,569) | (860,569) | (860,569) | (860,569) | 0 | 0 |
| RETAINED EARNINGS: Post Filing/Pre Confirmation Date | 0 | (139,610) | (139,610) | (139,610) | (139,610) | 0 | 0 |
| RETAINED EARNINGS: Post Confirmation Date | 0 | (338,942) | (349,777) | (311,245) | (302,269) | 0 | 0 |
| TOTAL OWNER'S EQUITY (NET WORTH) | (860,569) | (1,339,121) | (1,349,956) | (1,311,424) | (1,302,448) | 0 | 0 |
| | | | | | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | 2,224,492 | 428,488 | 394,239 | 260,719 | 270,374 | 0 | 0 |

**CASE NAME:** THE STEPHENS DISTRIBUTION TRUST

**CASE NUMBER:** 06-30674-H5-11

# SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH March 2008 | MONTH June 2008 | MONTH Sept 2008 | MONTH Dec 2008 | MONTH March 2009 | MONTH June 2009 |
|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** | 0 | 0 | 0 | 0 | 0 | 0 |
| *TAX PAYABLE:* | | | | | | |
| *Federal Payroll Taxes (includes employee witholding)* | 0 | 0 | 0 | 0 | 0 | 0 |
| *State Payroll & Sales* | 0 | 0 | 0 | 0 | 0 | 0 |
| *Ad Valorem Taxes- 2005 Accrual* | 0 | 0 | 0 | 0 | 0 | 0 |
| *Other : Federal Income Tax* | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL TAXES PAYABLE** | 0 | 0 | 0 | 0 | 0 | 0 |
| **SECURED DEBT POST-CONVERSION** | 0 | 0 | 0 | 0 | 0 | 0 |
| **ACCRUED INTEREST PAYABLE (A)** | 0 | 0 | 0 | 0 | 0 | 0 |
| **PROFESSIONAL FEES*: (Note 1)** | 0 | 0 | 0 | 0 | 0 | 0 |
| **OTHER ACCRUED LIABILITIES:** | | | | | | |
| **1. Management Fee** | 0 | 0 | 0 | 0 | 0 | 0 |
| **2. Payroll** | 0 | 0 | 0 | 0 | 0 | 0 |
| **3. Utilities & Other** | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | 0 | 0 | 0 | 0 | 0 | 0 |

**** Payment Requires Court Approval.***

A - estimate only, books & records not turned over to trustee

***CASE NAME:*** THE STEPHENS DISTRIBUTION TRUST

***CASE NUMBER:*** 06-30674-H5-11

***POST-PETITION TRADE ACCOUNTS AND TAXES PAYABLE***

***QTR, ENDING Month of December 31, 2008***

| DAYS | TOTAL | TRADE ACCTS | FED TAXES PAYROLL | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0 | 0 | 0 | 0 | 0 | 0 |
| 31-60 | 0 | 0 | 0 | 0 | 0 | 0 |
| 61-90 | 0 | 0 | 0 | 0 | 0 | 0 |
| 91 + | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 0 | 0 | 0 | 0 | 0 | 0 |

*AGING OF ACCOUNTS RECEIVABLE*

| MONTH | March 2008 | June 2008 | Sept 2008 | Dec 2008 | March 2009 | June 2009 |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 0 | 0 | 0 | 0 | 0 | 0 |
| 31-60 DAYS | 0 | 0 | 0 | 0 | 0 | 0 |
| 61-90 DAYS | 0 | 0 | 0 | 0 | 0 | 0 |
| 91 + DAYS | 109,742 | 105,133 | 93,338 | 90,046 | 0 | 0 |
| TOTAL | 109,742 | 105,133 | 93,338 | 90,046 | 0 | 0 |

***CASE NAME:*** THE STEPHENS DISTRIBUTION TRUST

***CASE NUMBER:*** 06-30674-H5-11

## *STATEMENT OF INCOME (LOSS)*

| *QUARTER ENDING* | *March 2008* | *June 2008* | *Sept 2008* | *Dec 2008* | *March 2009* | *June 2009* | *Activity Totals* |
|---|---|---|---|---|---|---|---|
| *REVENUES (MOR-1)* | 225,000 | 0 | 80,000 | 30,000 | 0 | 0 | 1,885,000 |
| *TOTAL COST OF REVENUES* | 0 | 0 | 0 | 0 | 0 | 0 | 1,507,000 |
| *GROSS PROFIT* | 225,000 | 0 | 80,000 | 30,000 | 0 | 0 | 378,000 |
| *OPERATING EXPENSES:* | | | | | | | |
| *Selling & Marketing* | 0 | 0 | | | 0 | 0 | 102,166 |
| *General & Administrative* | 0 | 0 | 0 | 0 | 0 | 0 | 14,715 |
| *Insiders Compensation* | 0 | 0 | 0 | 0 | 0 | 0 | 6,491 |
| *Professional Fees* | 183,909 | 6,066 | 41,228 | 17,772 | 0 | 0 | 576,554 |
| *Management Fees* | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Other - Misc* | 0 | 0 | 6 | 1,668 | 0 | 0 | 10,133 |
| *TOTAL OPERATING EXPENSES* | 183,909 | 6,066 | 41,234 | 19,440 | 0 | 0 | 710,059 |
| *INCOME BEFORE INT, DEPR/TAX (MOR-1)* | 41,091 | (6,066) | 38,766 | 10,560 | 0 | 0 | (332,059) |
| *INTEREST EXPENSE* | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *US TRUSTEE FEE/EXPENSE* | 0 | 4,875 | 325 | 1,625 | 0 | 0 | 15,075 |
| *INTEREST INCOME* | 383 | 106 | 91 | 41 | 0 | 0 | 13,790 |
| *OTHER INCOME ITEMS-* | 0 | 0 | 0 | 0 | 0 | 0 | 31,075 |
| *TOTAL INT, DEPR & OTHER ITEMS* | 383 | (4,769) | (234) | (1,584) | 0 | 0 | 29,790 |
| *NET INCOME BEFORE TAXES* | 41,474 | (10,835) | 38,532 | 8,976 | 0 | 0 | (302,269) |
| *FEDERAL INCOME TAXES* | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *NET INCOME (LOSS) (MOR-1)* | 41,474 | (10,835) | 38,532 | 8,976 | 0 | 0 | (302,269) |

*Accural Accounting Required, Otherwise Footnote With Explanation*

** Footnote Mandatory*

*Revised:lem:9/2/92*

*** Unusual and/or infrequent item(s) outside the ordinary course of business*

**CASE NAME:** THE STEPHENS DISTRIBUTION TRUST **CASE NUMBER:** 06-30674-H5-11

## STATEMENT OF SOURCE AND USE OF CASH

| SOURCE OF CASH | March 2008 Qtr. End | June 2008 Qtr. End | Sept 2008 Qtr. End | Dec 2008 Qtr. End | March 2009 Qtr. End | June 2009 Qtr. End | Activity Totals |
|---|---|---|---|---|---|---|---|
| NET INCOME (LOSS) from MOR-6 | 41,474 | (10,835) | 38,532 | 8,976 | 0 | 0 | (302,269) |
| ADD: DEPRECIATION & AMORTIZATION | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CASH GENERATED FROM OPERATIONS | 41,474 | (10,835) | 38,532 | 8,976 | 0 | 0 | (302,269) |
| ADD: DECREASE IN ASSETS: | | | | | | | |
| 1. Accounts Receivable | 14,368 | 4,609 | 11,795 | 3,292 | 0 | 0 | 166,213 |
| 2. Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3. Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 40,000 |
| 4. Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 1,507,000 |
| 5. Other, Tranfer/Deposit of DIP Cash | 0 | 0 | 0 | 0 | 0 | 0 | 264,169 |
| INCREASE IN LIABILITIES: | | | | | | | |
| 1. Post-petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2. Pre-petition Liabilities | 0 | 0 | 26,504 | 679 | 0 | 0 | 40,670 |
| TOTAL SOURCE OF CASH (A) | 55,842 | (6,226) | 76,831 | 12,947 | 0 | 0 | 1,715,783 |
| INCREASE IN ASSETS: | | | | | | | |
| 1. Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2. Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3. Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4. Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5. Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DECREASE IN LIABILITIES: | | | | | | | |
| 1. Post-petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2. Pre-petition Liabilities/Property Tax Liens | 302,871 | 23,414 | 198,556 | 0 | 0 | 0 | 1,552,909 |
| TOTAL USE OF CASH (B) | 302,871 | 23,414 | 198,556 | 0 | 0 | 0 | 1,552,909 |
| NET SOURCE (USE) OF CASH (A - B) | (247,029) | (29,640) | (121,725) | 12,947 | 0 | 0 | 162,874 |
| CASH-BEGINNING BALANCE | 548,321 | 301,292 | 271,652 | 149,927 | 0 | 0 | 0 |
| CASH-ENDING BALANCE (MOR-2) | 301,292 | 271,652 | 149,927 | 162,874 | 0 | 0 | 162,874 |

***CASE NAME:*** THE STEPHENS DISTRIBUTION TRUST

***CASE NUMBER:*** 06-30674-H5-11

## *CASH ACCOUNT RECONCILIATION*
***Month of December 31, 2008***

| | | | | | | |
|---|---|---|---|---|---|---|
| ***ACCOUNT NUMBER*** | **Bank Acct. Trustee C.D.** | **Bank Acct. Trustee Checking** | **Bank Acct. Trustee MMA** | | | |
| ***ACCOUNT TYPE*** | | | - | - | - | ***TOTAL*** |
| ***BANK BALANCE*** | 0 | 2,083 | 161,274 | 0 | 0 | 163,357 |
| ***DEPOSIT IN TRANSIT*** | 0 | 0 | 0 | 0 | 0 | 0 |
| ***OUTSTANDING CHECKS*** | 0 | 483 | 0 | 0 | 0 | 483 |
| ***ADJUSTED BANK BALANCE*** | 0 | 1,600 | 161,274 | 0 | 0 | 162,874 |
| ***BEG. CASH - PER BOOKS*** | 0 | 1,444 | 148,483 | 0 | 0 | 149,927 |
| ***RECEIPTS*** | 0 | 0 | 32,570 | 0 | 0 | 32,570 |
| ***TRANSFERS BETWEEN ACCTS*** | 0 | 19,779 | (19,779) | 0 | 0 | 0 |
| ***CKS/OTHER DISBURSEMENTS*** | 0 | 19,623 | 0 | 0 | 0 | 19,623 |
| ***ENDING CASH - PER BOOKS*** | **0** | **1,600** | **161,274** | **0** | **0** | **162,874** |

### *STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS*

| *QUARTER ENDING* | ***March 2008*** | ***June 2008*** | ***Sept 2008*** | ***Dec 2008*** | ***March 2009*** | ***June 2009*** |
|---|---|---|---|---|---|---|
| ***BEGINNING CASH*** | 548,321 | 301,292 | 271,652 | 149,927 | 0 | 0 |
| ***TOTAL RECEIPTS*** | 239,752 | 4,715 | 101,685 | 32,570 | 0 | 0 |
| ***TOTAL DISBURSEMENT (MOR-1)*** | 486,781 | 34,355 | 223,410 | 19,623 | 0 | 0 |
| ***ENDING CASH (MOR-2)*** | 301,292 | 271,652 | 149,927 | 162,874 | 0 | 0 |

***CASE NAME:*** THE STEPHENS DISTRIBUTION TRUST

***CASE NUMBER:*** 06-30674-H5-11

## *PAYMENTS TO INSIDERS AND PROFESSIONALS*

**Of the total disbursements shown for the qtr., list the amount paid to insiders (as defined in Section 101(30)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)**

| *INSIDERS: NAME/COMP TYPE* | *March 2008 QTR. END* | *June 2008 QTR. END* | *Sept 2008 QTR. END* | *Dec 2008 QTR. END* | *March 2009 QTR. END* | *June 2009 QTR. END* |
|---|---|---|---|---|---|---|
| *1. T. Buckley, Expense Reimburse* | | | | | | |
| *2.* | | | | | | |
| *3.* | | | | | | |
| *4.* | | | | | | |
| *5* | | | | | | |
| *TOTAL INSIDERS (MOR-1)* | 0 | 0 | 0 | 0 | 0 | 0 |

| *PROFESSIONALS* | *March 2008 QTR. END* | *June 2008 QTR. END* | *Sept 2008 QTR. END* | *Dec 2008 QTR. END* | *March 2009 QTR. END* | *June 2009 QTR. END* |
|---|---|---|---|---|---|---|
| *1. Parrish & Parrish, Attorney* | 2,241 | 947 | 1,899 | 762 | | |
| *2. Munsch Hardt, Attorneys* | 211 | | | | | |
| *3. Thomas Henderson, Attorney* | 6,822 | 4,351 | 1,240 | 525 | | |
| *4. William G. West, Trustee* | 27,934 | | 17,131 | 2,273 | | |
| *5. David E. Hamblen, CPA* | 0 | | | | | |
| *6. William G. West, CPA* | 14,071 | | 3,411 | 712 | | |
| *7. Porter & Hedges, LLP* | 1,275 | 768 | | | | |
| *8. Anderson & Cunningham, Attys* | 131,355 | | 17,547 | 13,500 | | |
| *TOTAL PROFESSIONALS (MOR-1)* | 183,909 | 6,066 | 41,228 | 17,772 | 0 | 0 |