

**ENTERED**
**02/19/2009**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                          §                    Case No. 06-30674-H5-11

The Stephens Company

Debtor                                          §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. 392) is denied for the following reason(s):

1.    _____    Applicant's signature is not notarized.

2.    _____    Amount being requested is not the amount deposited on behalf of the original claimant.

3.    _____    Application was not served on U.S. Attorney and U.S. Trustee.

4.    _____    Proposed Order not filed by applicant.

5.    _____    Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6.    ___X___    Other: Funds have been disbursed previously per order 1/12/09.

Signed    **FEB 1 7 2009**    .

_____
United States Bankruptcy Judge