UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

DEC 1 1 2009

Clerk of Court

IN RE: )  CASE NO. 06-30674
)
The Stephens Company )
) APPLICATION FOR PAYMENT
Debtor ) OF UNCLAIMED MONIES
) TO CLAIMANT

There having been a dividend check in the above named case issued to Nicholas Garacia (c/k/a Garcia), creditor, in the amount of $836.03, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court.

**NOW COMES** The Financial Resources Group, Inc., claimant, in the above matter and says that claimant is not the creditor, but is entitled to payment of these moneys because they are the Attorney-in-fact for Nicholas Garcia, and supplies documentation to support their relationship.

**THEREFORE**, Application is hereby made for the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to Nicholas Garcia and The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345

12/8/2009
Date

Larry L. Moses - General Manager
The Financial Resources Group, Inc.
Attorney-in-fact for Nicholas Garcia
700 Mechem Drive, Suite 8B
Ruidoso, New Mexico 88345

Subscribed and sworn to before me this 8th day of December 2009.

Deana R. Moses
Notary Public
My commission expires on 7-22-2013

(Seal)

Attachments: 1. Certificate of Service
2. Original Limited Power of Attorney
3. Supporting Documentation
4. Order for Payment

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that a copy of this application was mailed on <u>Monday, December 07, 2009</u> to:

| | | |
|---|---|---|
| U.S. Attorney<br>PO Box 61129<br>Houston, TX 77208 | and | U.S. Trustee<br>515 Rusk Ave., Suite 3516<br>Houston, TX 77002 |

12/8/2009
Date

Larry L. Moses - General Manager
The Financial Resources Group, Inc.
700 Mechem Drive, Suite 8B
Ruidoso, NM 88345

## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, That

Nicholas Garacia c/k/a Nicholas Garcia

*has made, constituted and appointed and by these presents does make, constitute and appoint:*

The Financial Resources Group, Inc.

*my true and lawful attorney-in-fact, for me and in my name, place and stead and for my use and benefit*, **ONLY** to collect and disburse abandoned funds, or undistributed, unclaimed, or undelivered tenders or funds in the amount of:

$836.03

*giving and granting unto my said attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done, as fully, to all intents and purposes, as I might or could do if personally present, hereby ratifying and confirming all that my said attorney-in-fact shall lawfully do or cause to be done, by virtue hereof. In construing this instrument, and where the context so requires, the singular includes plural.* **This Limited Power of Attorney is specifically limited to the collection and disbursement of the above-named funds.**

Signature: Nicholas Garcia

Date: 11-18-09

SSN: XXX-XX-8251

========================================================================

## NOTARY ACKNOWLEDGMENT

State of Texas

County of Harris

SUBSCRIBED AND SWORN on the 18th day of November, 20 09 before me, personally appeared Nicolas Garcia personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Driver License No. (or specify other identification):** 06212382

WITNESS my hand and official seal.

Signature: Violeta Ayala

Residing at 607 Pecore Houston TX 77009 (seal)

My commission expires: Sept. 14, 2012

VIOLETA A. AYALA
My Commission Expires
September 14, 2012