IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| THE STEPHENS COMPANY § | CASE NO. 06-30674-H5-11 |
| Debtor(s) § | (Chapter 7) |
| § | |

**MOTION TO PAY FUNDS INTO THE REGISTRY
UNDER 11 U.S.C. §374(A)**

The undersigned Trustee reports:

☐ The dividend(s) payable to the Debtor(s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

► More than ninety (90) days have passed since the final distribution and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable and 11 U.S.C. 347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

DATED: October 11, 2010                    */ William G. West, Trustee*
                                            William G. West, Trustee
                                            12345 Jones Road, Suite 120
                                            Houston, TX 77070

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached *MOTION TO PAY FUNDS INTO THE REGISTRY UNDER U.S.C. §374(A)*, was served on the U.S. Trustee by First Class, U.S. Mail, postage pre-paid, on this the   11th   day of October, 2010.

Respectfully submitted,
*/s/ William G. West, Trustee*
12345 Jones Rd., Suite 120
Houston, Texas 77070
(281) 807-7811

**EXHIBIT "A"**

PLEASE CHECK ONE:

| | Small Dividends |
|---|---|
| ► | Unclaimed Dividends |

| Claimant | Amount |
|---|---|
| Ana Luisa Salazar<br>3812 Pin Oak Dr.<br>Pearland, TX 77581 | $ 64.09 |
| Browning Ferris<br>PO Box 207910<br>San Antonio, TX 78220 | $ 19.58 |
| Glenda Respondak<br>10811 Green Hollow<br>San Antonio, TX 78223 | $ 77.97 |
| International Palm Beach<br>10123 Umberland Place<br>Boca Raton, FL 33428 | $ 86.35 |
| Leonard Wachowiak<br>PO Box 171086<br>Arlington, TX 76003 | $ 75.78 |
| Maintenance Unlimited<br>622 W Rhapsody<br>Suite B<br>San Antonio, TX 78216 | $ 12.03 |
| Nicholas Garcia<br>4120 Hain Street<br>Houston, Texas 77009 | $ 67.53 |
| Southwestern Bell Dallas<br>PO Box 930170<br>Dallas, TX 75393 | $ 8.06 |
| Southwestern Bell Dallas<br>Encore Receivable Mgt.<br>PO Box 3330<br>Olathe, KS 66063 | $ 247.90 |
| Terminix Intl<br>1903 Joe Stephens Ave.<br>Weslaco, TX 78596 | $ 9.74 |
| The CIT Group<br>1211 Ave of the Americans<br>New York, NY 10036 | $ 294.92 |
| Unishippers<br>PO Box 690305<br>Houston, Texas 77269 | $ 8.31 |
| Overnight Transportation<br>PO Box 79755<br>Baltimore, MD 21279-0755 | $ 17.50 |
| Rio Forklift Service<br>1003 E. Taft, Suite 3<br>Harlingen, TX 78551 | $ 5.83 |

| | |
|---|---|
| **Foamex LP**<br>**1000 Columbia Ave.**<br>**Linwood, PA 19061** | $ 1,205.51 |
| **Plantation Hardwood**<br>**520 South Florida Ave.**<br>**Lakeside, FL 33801** | $ 295.82 |
| **Honeywell Security Monitoring**<br>**8309 Innovation Way**<br>**Chicago, IL 60682** | $ 6.65 |
| **Leather Works**<br>**1401 Fairfax Trafficway D-224**<br>**Kansas City, KS 66115** | $ 7.28 |
| **Prodrivers**<br>**222 W. Las Colinas Blvd.**<br>**Suite 1250**<br>**Irving, TX 75039** | $ 25.36 |
| **Ceramica Lanzi**<br>**c/o Johnathan C. Bolton**<br>**1301 McKinney Street**<br>**Suite 5100**<br>**Houston, TX 77010-3093** | $ 2,870.61 |
| **Ricky Hancock**<br>**8009 Durham Ave.**<br>**Lubbock, TX 79424** | $ 69.17 |
| **Taylor Tools, Inc.**<br>**5045 Paris Street**<br>**Denver, CO 80239** | $ 3.85 |
| **Anthony L. Thomas**<br>**6913 Peyton**<br>**Houston, TX 77028** | $ 82.86 |
| **TOTAL** | **$ 5,562.70** |